Motion for leave to appeal denied. Motion for a stay dismissed as academic.

In the Matter of ENTERGY NUCLEAR OPERATIONS, INC., et al., Respondents, v NEW YORK STATE DEPARTMENT OF STATE et al., Appellants.

Submitted September 12, 2016; decided September 15, 2016

Motion by Chamber of Commerce of the United States of America et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of ENTERGY NUCLEAR OPERATIONS, INC., et al., Respondents, v NEW YORK STATE DEPARTMENT OF STATE et al., Appellants.

Submitted September 12, 2016; decided September 15, 2016

Motion by Emily Hammond for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

In the Matter of ENTERGY NUCLEAR OPERATIONS, INC., et al., Respondents, v NEW YORK STATE DEPARTMENT OF STATE et al., Appellants.

Submitted September 12, 2016; decided September 15, 2016

Motion by Kevin S. Parker et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.